**Opinion issued September 24, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00670-CV

————————————

## NANCY L. HENRY, MS. NANCY'S E-Z OUT BAIL BONDS, AND JOHN L. REEVES, Appellants

## V.

## FINANCIAL CASUALTY & SURETY, INC., Appellee

On Appeal from the 129th District Court
Harris County, Texas
Trial Court Case No. 2013-16971

## MEMORANDUM OPINION

On August 1, 2013, appellants filed a petition for permission to appeal certain interlocutory orders in this Court, pursuant to TEX. R. APP. P. 28.3.

Appellants, however, do not have the trial court's permission to appeal such orders. *See* TEX. R. APP. P. 28.3(a) ("When a trial court has permitted an appeal from an interlocutory order, that would not otherwise be appealable, a party seeking to appeal must petition the court of appeals for permission to appeal.").

Accordingly, appellants' petition for permission is **DENIED** and any pending motions are **DISMISSED** as **MOOT**.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp and Brown.